UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALIX DUVIGNEAUD,

                      PLAINTIFF,

Case No.: 08CIV02162

-V-

**Rule 7.1 Statement**

CT GROUP OF NV, INC.,

                      DEFENDANT.

     Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for CT GROUP OF NV, INC. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

**NONE**

Dated:    March 21, 2008         /S/
                                                  Signature of Attorney

                                                  Attorney Bar Code:    AK 0655