**United States District Court**
Southern District of New York
Office of the Clerk
U.S. Courthouse
300 Quarropas Street, White Plains, N.Y. 10601

```
------------------------------------X
Alix Duvigneaud

                                         NOTICE OF ASSIGNMENT

            -v-
                                         7:08 cv 2162(RMB)(MHD)

Commercial Transportation Group
of Nevada, Inc.

------------------------------------X
```

Pursuant to the memorandum of the Case Processing Assistant the above entitled action is reassigned to the WP calendar of

JUDGE: Richard M. Berman

All future documents submitted in this action shall bear the assigned judge's initials after the case number.

The attorney(s) for the plaintiff(s) are requested to serve a copy of the Notice of Reassignment on all defendants.

Dated: 4/1/08

J. Michael McMahon, CLERK

by: _____
Deputy Clerk

cc: Attorneys of Record

CASE REDESIGNATED TO: Michael H. Dolinger

i:forms\assign\reass.wpd
WP REASSIGNMENT FORM

Revised: September 9, 2004