```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALIX DUVIGNEAUD,

                Plaintiff,

           - against -

COMMERCIAL TRANSPORTATION
GROUP OF NV, INC.,

                Defendant.
------------------------------------------------------------x

08 Civ. 2162 (RMB)

**ORDER**

The above-captioned case having been transferred from the Honorable Stephen C. Robinson to the undersigned on April 23, 2008, and it appearing, based upon a review of the Complaint, dated March 3, 2008, that this action should have been filed in the United States District Court for the Eastern District of New York (Plaintiff "is a resident of the County of Fairfield, State of Connecticut," and Defendant "is a corporation incorporated in the State of Nevada . . . and maintains a principal office in New York State at 1363 Veterans Memorial Highway, Suite 34, Hauppauge, New York 11788," (Compl. ¶¶ 3–4)), the Court will enter an order, pursuant to 28 U.S.C. § 1404(a), transferring this case to the Eastern District of New York unless Plaintiff submits a (compelling) letter to the Court by April 28, 2008 (noon) setting forth the reasons why venue is proper in the Southern District of New York.

Dated: New York, New York
       April 23, 2008



_____
RICHARD M. BERMAN, U.S.D.J.