UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ALIX DUVIGNEAUD,

                Plaintiff,

                                       08 Civ. 2162 (RMB)

          - against -

                                       **ORDER**

COMMERCIAL TRANSPORTATION
GROUP OF NV, INC.,

                Defendant.
------------------------------------------------------------x

      By Order dated April 23, 2008, the Court directed Plaintiff to submit a letter by noon on April 28, 2008 setting forth the reasons, if any, why this action should not be transferred to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) by reason of the location there of all or a major part of the core operative facts and of witness and other evidence. To date, no response to that Order has been made. Accordingly, it is hereby

      **ORDERED** that in accordance with the Order of the Court dated April 23, 2008 the Clerk of Court is directed to transfer this case to the United States District Court for the Eastern District of New York pursuant to 28 U.S.C. § 1404(a) and to close this case on the Court's docket.

**SO ORDERED.**

Dated: New York, New York
       April 29, 2008


RICHARD M. BERMAN, U.S.D.J.

